11 September A.D. 2017

TO: Clerk of Court
U.S. District Court, Colorado
901 19th Street
Denver, Colorado 80294

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 12 2017

JEFFREY P. COLWELL
CLERK

FROM: Stephen-john: Nalty
c/o 3455 Wyandot Street
Denver, Colorado [80211]

Please file and record my Claim; mail me a copy stamped filed with date and time stamp and initialed by Dep Clk; and mail a copy to each of the Respondents.

Whereas I have the right to file a Claim and the right to Due Process of Law secured by the Fifth Amendment to the Constitution for the United States of America and;

Whereas the precedent for "Free Access ... to its Judicial Tribunals" has been set and never overturned, Crandall v. State of Nevada, 73 U.S. 35 (1867) and;

Whereas the precedent set in Crandall v. State of Nevada is supported by Miranda v. Arizona, 384 U.S. 436, 491; Sherar v. Cullen, 481 F. 945, 946; Murdock v. Pennsylvania, 319 U.S. 105, at 113; and Hale v. Henkel, 201 U.S. 43 and;

WHEREAS THE Colorado CONSTITUTION, ARTICLE II, CLAUSE 6 SAYS "COURTS OF JUSTICE SHALL BE OPEN TO EVERY PERSON, PROPERTY OR CHARACTER; AND JUSTICE SHOULD BE ADMINISTERED WITHOUT <u>SALE</u>, <u>DENIAL</u> OR <u>DELAY</u>," AND;

WHEREAS "WE THE people ARE THE SOVERIGNS, THE STATE AND FEDERAL EMPLOYEES ONLY OUR AGENTS," Cooper v. Aaron, 358 U.S. 1, 78 S.Ct. 1401 (1958), I HEREBY INSTRUCT THE CLERK TO FILE THIS CLAIM WITHOUT ITS ADVERTISED SCHEDULE OF FEES.

          VERY TRULY YOURS

          *Stephen-john: nally*
          Stephen-john: nally
          SUI JURIS

"<u>ALL LAWS, RULES AND PRACTICES WHICH ARE REPUGNANT TO THE CONSTITUTION ARE NULL AND VOID.</u>"
  Marbury v. Madison, 5th U.S. (2 Cranch) 137, 180