

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 13 2017
JEFFREY P. COLWELL
CLERK

## In the de jure Court of Record of Common Law
### Within the Superior Court of the united States of America
### for the Colorado State
Pursuant to the Seventh Amendment and Article III, Section 2, Clause 3

| | |
|---|---|
| stephen-john: nalty<br>    Claimant | ) Superior Court Case Number<br>) 2017091524406170001<br>) |
| v. | ) 17-CV-02205<br>) |
| Marcia Smith Kreiger et. al.<br>    Respondents | )<br>) Writ of Error |

## Writ of Error

1. FOR NOW COMES THE COURT, ON ITS OWN MOTION, CORAM NOBIS TO review the

2. facts, record, and process resulting in the "minute" order submitted by the magistrate.

3. For on the 15th day of September Claimant filed an action at law in a court of record even

4. though the clerk of the court through its ignorance assigned a civil case number under the

5. statutory system of numbering.

6. For the magistrate or clerk changed the name of the Claimant from stephen-john: nalty to

    STEPHEN JOHN NALTY aka STEPHEN-JOHN: NALTY.

### DETAIL

7. The following is organized into three sections:

    I. Judicial cognizance

WRIT OF ERROR         NALTY v KRIEGER, ET AL         1 OF 9

# Cover Page

Job ID: DDC-03-22028

Title: Untitled2

Requesting User: cc-3-8

**Cover Page**

II. Findings of facts, Discussion of Law

III. Impeachment and Writ

## I. Judicial Cognizance

8. For this court takes judicial cognizance of and decrees the following:

9. JUDICIAL COGNIZANCE: Judicial notice, or knowledge upon which a judge is bound to act without having it proved in evidence. [Black's Law Dictionary, 5th Edition, page 760.]

10. The people of the united States of America, and Colorado do not waive their sovereignty to the agencies that serve them being the sovereigns who ordained and established the Constitution for the united States of America. And the Colorado state.[1]

11. Two distinguishing and critical characteristics of a court of record are: A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, AND Proceeding according to course of common law.

12. In the last half of September, 2017 the magistrate submitted a document for the record purporting to be a "minute" order of this court.

13. For the magistrate has not filed an action against the Claimant named herein.

14. All political power is vested in and derived from the people; all government, of right, originates from the people, is founded upon their will only, and is instituted solely for the good of the whole.[2]

15. "The people of this state have the sole and exclusive Right of governing themselves, as a free, sovereign and independent state; and to alter and abolish their constitution and form of government whenever they may deem it necessary to their safety and happiness, provided such

---

[1] We, the people of Colorado, with profound reverence for the Supreme Ruler of the Universe, in order to form a more independent and perfect government; establish justice; insure tranquility; provide for the common defense; promote the general welfare and secure the blessings of liberty to ourselves and our posterity, do ordain and establish this constitution for the "State of Colorado."

[2] Colorado Constitution, Section 1. Inalienable Rights: All men are by Nature free and equal and have certain inalienable Rights among which are those of enjoying and defending like and liberty; Acquiring, Possessing and Protecting property and pursuing and obtaining safety and happiness.

WRIT OF ERROR               NALTY
                            v
                            KRIEGER, ET AL                    2 OF 9

change be not repugnant to the Constitution of the united States of America."[3]

16. "...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves.... [CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed. 440, 455.]

17. "The very meaning of 'sovereignty' is that the decree of the sovereign makes law." [American Banana Co. v United Fruit Co., 29 S. Ct. 511, 513, 213 U.S. 347, 53 L. Ed. 826, 19 Ann. Cas. 1047.]

18. Claimant is an inhabitant of Colorado and **not a resident** of the STATE OF COLORADO.

19. "The state cannot diminish Rights of the people." [Hurtado v. California, 100 U.S. 516.]

20. "The assertion of federal Rights, when plainly and reasonably made, is not to be defeated under the name of local practice." [Davis v. Wechsler, 263 U.S. 22, 24.]

21. "Where Rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." [Miranda v. Arizona, 384 U.S. 436, 491.]

22. "There can be no sanction or penalty imposed upon one because of this exercise of constitutional Rights." [Sherar v. Cullen, 481, F 946.]

23. The precedent for "free access...to its judicial tribunals" has been set and never overturned, Crandall v. State of Nevada, 73 U.S. 35 (1867) and;

24. The precedent set in Crandall v. State of Nevada is supported by Miranda v. Arizona, 384 U.S. 436, 491; Sherar v. Cullen, 481 F945, 946 (1973); Murdock v. Pennsylvania, 319 U.S. 105, at 113; and Hale v. Henkel, 201 U.S. 43 and;

25. the Colorado Constitution, Article II, Clause 6 says "Courts of Justice shall be open to every person, property or character; and justice should be administered **without sale**, denial or delay, and;

26. "we the people are the sovereigns, the state and federal officials only our agents," Cooper v.

---

[3] Article II, Clause 2 of the Colorado Constitution: All political power is inherent in the people. Government is instituted for the protection, security and benefit of the people...

WRIT OF ERROR    NH/TY v KRIEGER, ET AL.    3 OF 9

Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958).

## II. Findings of Fact, Discussion and Conclusion of Law

27. For the record shows the Claimant filed an action against respondents named herein;

28. For the record shows that the magistrate entered a document on the record purporting to be a "minute" order of this court;

29. For although, the court acknowledges that a "minute order" is no order at all, it leaves the perception to the public that the "minute" order is an order.

30. This superior court having general jurisdiction over all territories and all people who have been alleged to have caused an injury.

31. All decisions are reserved to superior court and is not subject to the magistrate's opinion.

32. For as has been repeatedly upheld, the court in which this case is proceeding is a court of record. The magistrate is not authorized to enter orders, opinions or any other documents disguised as orders in the form of minute orders.

33. For the genius of a court record is not to be undermined. It is the birthright of every American to settle issues in a court of record, if he so chooses. That choice has been made in this matter, and has been so stated in the first paragraph in this action.

34. For the magistrate and the clerk are persons appointed or elected to perform **ministerial** service in a court of record[4] because all judicial functions in a court of record are reserved to the tribunal, which must be independent of the magistrate.

35. For the magistrate of this inferior court has now attempted to usurp the power of this tribunal, this court of record under color of law.[5] Discretionary judgments are reserved to and should have been made by the tribunal independently of the person of the magistrate designated

---

4  Official's duty is "ministerial" when it is absolute, certain and imperative, involving merely execution of a specific duty arising from fized and designated facts. (Long v. Seabrook, 260 S.C. 562, 197 S.E. 2D 659, 662; Black's Law Dictionary, 5th Edition, page 899.)

5  18 USC 242 makes deprivation of Rights under color of law a felony punishable up to 20 years in prison.

WRIT OF ERROR     NAITY
                 KRIEGER, ET AL          4 OF 9

generally to merely file documents for the court.[6]

36. For the magistrate has no authority to act as the tribunal in a court of record. "The United States Supreme Court has clearly, and repeatedly, held that any judge who acts without jurisdiction is engaged in an act of treason."[7] This applies to clerks of the court as well even when the clerk is making entries on the docket for notice to parties hereto.

37. For no officer of government, not even the magistrate, has immunity. "Officials and judges are deemed to know the Law and sworn to uphold the Law; officials and judges cannot claim to act in good faith in willful deprivation of the Law; they certainly cannot plead ignorance of the Law. Even the people cannot plead ignorance of the Law. It is ludicrous for learned officials and judges to plead ignorance of the law, therefore, there is no immunity, judicial or otherwise, in matters of Rights secured by the Constitution for the united States of America."[8]

38. An order submitted from one not authorized to make orders is void. "A void judgment which includes judgment entered by a court which ... lacks inherent power to enter the particular judgment ... can be attacked at any time, in any court, either directly or collaterally ... "[9]

39. "A judgment is void if the court that rendered it ... acted in a manner inconsistent with due process."[10]

40. For the magistrate's interference in this matter obstructs due process of Law.[11] "Due process of Law is process according to the Law of the land" ... **prescribed and interpreted according to the principles of the common law.**

### III. Impeachment and Writ

41. FOR THE COURT, HAVING REVIEWED THE FACTS, THE RECORD, AND THE

---

[6] Jones v. Jones, 188 Mo. App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metx. Mass. 171, per Shaw, C.J. See also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689 and Black's Law Dictionary, 4th Edition, 425, 426.
[7] U.S. v. Will, 449 U.S. 200, 216, 101 S. Ct. 471, 66 L. Ed. 2d. 392, 406; Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L. Ed. 257.
[8] Owen v. City of Independence, 100 S. Ct. 1398; Maine v. Thiboutot, 100 S. Ct. 2502; and Hafer v. Melo, 502 J.S. 21.
[9] Long v. Shorebank Development Corp., 182 F. 3d 548 (C.A. 7 Ill. 1999.
[10] Margoles v Johns, 660 F. 3d. 291
[11] Hurtado v. California, 110 U.S. 516, 3 S. Ct. 111, 292, 28 L. Ed. 232.

PROCESS BY WHICH THE CLERK erroneously named the Claimant in ALL CAPITAL LETTERS,

42. and orders the Claimant to 'cure deficiencies',

43. and to comply with 28 USC 1950 regarding filing fees,

44. FOR IT IS THE ORDER OF THIS COURT THAT THE minute order is with a void order and hereby vacated;

45. FOR IT IS THE ORDER OF THIS COURT THAT THE magistrate cease acting as the tribunal and merely sign documents in support of the decisions of the tribunal and the court of record;

46. FOR IT IS THE ORDERED, ADJUDGED, and DECREED that any additional rogue interference with court procedures by any officer of this court including the magistrate, court administrator or clerk or any other court or government agency or organization be it corporate or otherwise will be in contempt of the court and perpetrators will be held in contempt, with motion and without hearing;

47. FOR IT IS FURTHER ORDERED, ADJUDGED, and DECREED the magistrate and respondents are hereby invited to file and serve on all other interested parties and magistrate a brief no later than 20 days from the filing of this writ to show cause to this court why this order is not valid or should be modified. There will be no oral argument. The court, mindful of the parties and importance of fair play, will liberally construe the written arguments present.

Witness the hand and seal of the court this 9th day of October in the year of our Lord 2017.

By: stephen-john: nalty

sui juris, atornatus prrivatus

WRIT OF ERROR

NALTY v KRIEGER, ET AL.

6 OF 9

# Certificate of Service

Please mail a copy to each of the respondents:

Marcia Smith Krieger
U.S. District Court
901 19th Street
Denver, Colorado 80294

R. Brooke Jackson
U.S. District Court
901 19th Street
Denver, Colorado 80294

Christine M. Arguello
U.S. District Court
901 19th Street
Denver, Colorado 80294

Raymond P. Moore
U.S. District Court
901 19th Street
Denver, Colorado 80294

Lewis T. Babcock
U.S. District Court
901 19th Street
Denver, Colorado 80294

Gordon P. Gallagher
U.S. District Court
901 19th Street
Denver, Colorado 80294

Kathleen M Tafoya
U.S. District Court
901 19th Street
Denver, Colorado 80294

Jeffrey P. Colwell
U.S. District Court
901 19th Street
Denver, Colorado 80294

Kevin T. Traskos
U.S. Attorney's Office
1801 California, 16th Floor
Denver, Colorado 80202

Jeffrey Dorschner
U.S. Attorney's Office
1801 California, 16th Floor
Denver, Colorado 80202

John W. Hickenlooper
Office of the Governor
200 East Colfax, Room 136
Denver, Colorado 80202

Wayne W. Williams
Office, Secretary of State
1700 Broadway, 2nd Floor
Denver, Colorado 80249

Cynthia Coffman
Office of the A.G.
1300 Broadway
Denver, Colorado 80203

Jay Beebe Simonson
Office of the A.G.
1300 Broadway
Denver, Colorado 80203

Robert S. Shapiro
Office of the A.G.
1300 Broadway
Denver, Colorado 80203

Mike Jones
Office of the A.G.
1300 Broadway
Denver, Colorado 80203

Michael Ciavatti
Office of the A.G.
1300 Broadway
Denver, Colorado 80203

Ryan N. English
Office of the FBI
8000 East 36th Avenue
Denver, Colorado 80249

Christian Byrne
Office of the FBI
8000 East 36th Avenue
Denver, Colorado 80249

Scott Casey
Office of the FBI
8000 East 36th Avenue
Denver, Colorado 80249

William Gallegos
Office of the FBI
8000 East 36th Avenue
Denver, Colorado 80249

Matthew Dahl
Office of the FBI
8000 East 36th Avenue
Denver, Colorado 80249

Kristen Varel
Office of the FBI
8000 East 36th Avenue
Denver, Colorado 80249

Imbedded CHS: S 68987
Office of the FBI
8000 East 36th Avenue
Denver, Colorado 80249

Imbedded CHS: 00075779
Office of the FBI
8000 East 36th Avenue
Denver, Colorado 80249

Imbedded UCE: 4452
Office of the FBI
8000 East 36th Avenue
Denver, Colorado 80249

Peter Muggli
Department of Revenue
1375 Sherman Street
Denver, Colorado 80203

WRIT OF ERROR

NAFTY
v
KRIEGER, ET AL.

7 OF 9

## Certificate of Service ~ Continued

S. A. Kirscht
Department of Revenue
1375 Sherman Street
Denver, Colorado 80203

Michael Anthony Martinez
2nd Judicial District Court
1437 Bannock Street
Denver, Colorado 80202

Michael Spear
18th Judicial District Court
4000 Justice Way
Castle Rock, Colo. 80109

J. Eric Elliff
2nd Judicial District Court
1437 Bannock Street
Denver, Colorado 80202

Martin F. Egelhoff
2nd Judicial District Court
1437 Bannock Street
Denver, Colorado 80202

Kimberly Jo Karn
10th Judicial District Court
501 North Elizabeth Street
Pueblo, Colorado 81003

Katherine Rose Delgado
17th Judicial District Court
1100 Judicial Center Drive
Brighton, Colorado 80601

Mary E. Dagenhart
7th Judicial District Court
1200 North Grand Avenue
Montrose, Colorado 81401

Patricia M. Jarzobski
Colorado BAR Association
1900 Grant Street, #900
Denver, Colorado 80203

Frederick Barker Rodgers
Denver County Court
520 West Colfax Avenue
Denver, Colorado 80204

Karolyn Val Moore
Boulder County Court
1777 6th Street
Boulder, Colorado 80302

Susan L. Fisch
Jefferson County Court
100 Jefferson County Pkwy.
Golden, Colorado 80401

Barbara A. Zollars
Rio Grande County Court
905 6th Street
Del Norte, Colorado 81132

Craig P. Henderson
Mesa County Court
125 North Spruce Street
Grand Junction, Colo. 81501

Theresa A. Spahn
Denver County Court
520 West Colfax Avenue
Denver, Colorado 80204

Bennet Alden Morris
Montrose County Court
1200 North Grande Avenue
Montrose, Colorado 81401

John A. Stipech
Westminster Municipal Court
3030 Turnpike Drive
Westminster, Colorado 80330

David Robert Frankel
Westminster Attorney's Of.
3030 Turnpike Drive
Westminster, Colo. 80330

James Joseph Petrock
Petrock & Fendel, P.C.
700 17th Street
Denver, Colorado 80202

Patrick Firman
Office of the Sheriff
Post Office Box 1108
Denver, Colorado 80201

Joseph K. Pelle
Office of the Sheriff
5600 Flatirons Parkway
Boulder, Colorado 80301

Bruce W. Hartmann
Office of the Sheriff
2960 Dory Hill Road #300
Black Hawk, Colorado 80422

Michael McIntosh
Office of the Sheriff
332 North 19th Avenue
Brighton, Colorado 80601

Rick Dunlap
Office of the Sheriff
1200 North Grand Avenue
Montrose, Colorado 81401

Matt Lewis
Office of the Sheriff
215 Rice Street
Grand Junction, Colo. 81503

Anthony Spurlock
Office of the Sheriff
9250 Zotos Drive
Highlands Ranch, Colo. 80129

Kirk M. Taylor
Office of the Sheriff
909 Court Street
Pueblo, Colorado 81003

## Certificate of Service ~ Continued

Beth McCann
Denver D.A. Office
201 West Colfax Avenue
Denver, Colorado 80202

Richard Mitchell Morrissey
Denver D.A. Office
201 West Colfax Avenue
Denver, Colorado 80202

Stanley L. Garnett
Boulder D.A. Office
1777 6th Street
Boulder, Colorado 80302

David J. Young
Adam's D.A. Office
1100 Judicial Center Parkway
Brighton, Colorado 80601

Jeff E. Chostner
Pueblo D.A. Office
701 Court Street
Pueblo, Colorado 81003

Jamesy C. Owen
Denver City Attorney Office
201 West Colfax Avenue
Denver, Colorado 80202

Terry Hart
Pueblo Commissioner Office
215 West Kent Street
Pueblo, Colorado 81003

Bruce Schmaltz, Jr.
Gilpin Commissioner Office
Post Office Box 366
Central City, Colorado 80427

Linda J. Eisenhart
Gilpin Comm. Office
Post Office Box 366
Central City, Colo. 80427

Gail Watson
Gilpin Commissioner Office
Post Office Box 366
Central City, Colorado 80427

Cindy Domenico
Boulder Commissioner Office
1325 Pearl Street
Boulder, Colorado 80302

Elise Jones
Boulder Comm. Office
1325 Pearl Street
Boulder, Colo. 80302

Deb Gardner
Boulder Commissioner Office
1325 Pearl Street
Boulder, Colorado 80302

Robert C. White
Denver Police Department
1331 Cherokee Street
Denver, Colorado 80302

Antonio Lopez
Denver Police Department
1331 Cherokee Street
Denver, Colorado 80302

Ray Ann Brammer
Logan County Courts
110 North Riverview Road
Sterling, Colorado 80751

Clifford Kindred
Office of the Sheriff
909 Court Street
Pueblo, Colorado 81003

*WRIT OF ERROR*

*NALTY*
*KRIEGER, ET AL*

9 OF 9