

DENVER CO
11 OCT 2017
BBe Detention Center

Clerk of the Court
U.S. District Court, Colorado
901 19th Street
Denver, Colorado 80294

80294-250099

Stephen Johnwalty
823846 ~ 3E-2U
Denver Sheriff Department
Post Office Box 1108
Denver, Colorado 80201

LEGAL
MAIL