IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 17-cv-02205-KLM

STEPHEN JOHN NALTY, aka STEPHEN-JOHN:NALTY,

    Plaintiff,

v.

MARCIA SMITH KRIEGER, et al.,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff Stephen John Nalty, aka Stephen-John:Nalty, initiated this action on September 12, 2017, by filing *pro se* a 39-page document entitled "Criminal Action at Law[,] Civil Action for Damages" which names 71 defendants and contends that actions taken against him by the defendants under state law have violated his rights.  Docket No. 1.  The Clerk of the Court opened a civil rights action under 42 U.S.C. § 1983.  At the time of filing this matter, the plaintiff was an inmate at the Adams County Detention Facility in Brighton, Colorado.

In a September 14, 2017 Order, Magistrate Judge Craig B. Shaffer directed the plaintiff to cure filing deficiencies.  Docket No. 5.  Plaintiff was ordered to file, within 30 days of the September 14, 2017 Order, a Prisoner Complaint, on the court-approved form, and to either pay the $400.00 filing fee or file a properly supported Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  *Id.*  Plaintiff was instructed that, with the assistance of his case manager or the facility's legal assistant, he could obtain copies of the required court-approved forms at www.cod.uscourts.gov.  *Id.*

Magistrate Judge Shaffer warned plaintiff that failure to comply with the September 14, 2017 Order by the deadline would result in dismissal of this action without further notice. *Id.*

To date, the filing fee in this matter has not been paid and no motion or application to proceed in this Court without prepayment of fees or costs pursuant to 28 U.S.C. § 1915 has been filed. Pursuant to D.C.COLO.LCivR 5.1(c), plaintiff must use the current court-approved forms for this District in the filing of pleadings and has not done so. Therefore, plaintiff has failed to comply with the September 14, 2017 Order and has not requested an extension of time to do so. Therefore, this action will be dismissed without prejudice. Accordingly, it is

ORDERED that this action is DISMISSED without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of plaintiff to comply with the September 14, 2017 Order Directing Plaintiff to Cure Deficiencies. It is further

ORDERED that leave to proceed *in forma pauperis* on appeal is denied for the purpose of appeal. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith. *See Coppedge v. United States*, 369 U.S. 438 (1962). If plaintiff files a notice of appeal, he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Dated November 13, 2017.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge